**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00408-CR

### JOSHUA SEAN MUEGGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82053-2012**

## ORDER

We **GRANT** court reporter LaTresta Ginyard's September 18, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE